**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALED ELSAYED MOHAMMAD ABO AL DAHAB A/K/A KHALED ELSAYED MOHAMMAD-ABO ALDAHAB A/K/A KHALED ELSAYED ALI MOHAMMAD A/K/A KHALED E. MOHAMED A/K/A KHALED MOHAMED<br><br>Defendants. | Civil Action No. 15-514 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of the United States' Motion for Summary Judgment, ECF No. 12, the related legal memorandum in support, the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the United States' Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that the order admitting the defendant to citizenship is hereby revoked and set aside, and the Certificate of Naturalization No. 22641746 issued to the defendant is cancelled; and it is further

**ORDERED** that the defendant is restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of his February 7, 1997 naturalization; and it is further

**ORDERED** that defendant shall immediately surrender and deliver his Certificate of Naturalization and any other indicia of United States citizenship, as well as any copies thereof in

his possession, and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession of others, to the Attorney General, or his representative, including counsel for the United States in this action; and it is further

**ORDERED** that the United States shall, by April 24, 2017, serve this Order and the accompanying Memorandum Opinion on the defendant by email and Facebook message, and make any other reasonable efforts to ensure the defendant is apprised of this Order; and it is further

**ORDERED** that the Clerk of the Court shall transmit a copy of this Order to the Attorney General; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED.**

Date: April 19, 2017

*This is a final and appealable Order.*

Date: 2017.04.19 18:43:08 -04'00'

BERYL A. HOWELL
Chief Judge